# THE LAW FIRM OF
# CÉSAR DE CASTRO, P.C.
ATTORNEY AT LAW

7 World Trade Center, 34th Floor
New York, New York 10007

646.200.6166 Main
212.808.8100 Reception
646.839.2682 Fax
www.cdecastrolaw.com

April 29, 2021

*Via* **ECF and E-Mail**

The Honorable Ann M. Donnelly
United States District Judge
United States Courthouse
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *United States v. Arline,* 21 Cr. 0044 (AMD)

Dear Judge Donnelly,

I represent Richard Arline, Jr. in the above-referenced matter. I move the Court, with the government's consent, for a modification of Mr. Arline's bail conditions to permit his travel to Las Vegas, Nevada, with his wife from April 30, 2021, to May 4, 2021.

If granted permission, Mr. Arline, Jr. intends to travel, *via* airplane, to Las Vegas, Nevada on April 30, 2021, returning to Chicago on May 4, 2021. He and his wife will be staying at a resort The details of the trip, including the flight information and location of the hotel will be provided to Pretrial Services. As noted above, the government consents to this request.

Accordingly, I respectfully request that Mr. Arline, Jr. be granted permission to travel to and from Las Vegas, Nevada on the above dates.

Respectfully submitted,

    /s/

César de Castro

cc:    Elizabeth Geddes
       (Assistant United States Attorney *via* ECF)

       Theodore McJoynt
       (Pretrial Services Officer *via* E-Mail)