THE LAW FIRM OF

# CÉSAR DE CASTRO, P.C.

ATTORNEY AT LAW

7 World Trade Center, 34th Floor
New York, New York 10007

646.200.6166 Direct
212.808.8100 Reception
646.839.2682 Fax
cdecastro@cdecastrolaw.com
www.cdecastrolaw.com

October 6, 2021

*Via* ECF

The Honorable Ann M. Donnelly
United States District Judge
United States Courthouse
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:    *United States v. Arline*, 21 Cr. 0044 (AMD)

Dear Judge Donnelly,

As you know, I represent Richard Arline in the above-referenced matter.  I write to request that Mr. Arline's sentencing be adjourned to a date in early March 2022 that is convenient for the Court.

On February 2, 2021, Mr. Arline pled guilty before Magistrate Judge Peggy Kuo.  Sentencing was originally scheduled for June 9, 2021, and subsequently adjourned to October 19, 2021.  On August 26, 2021, Mr. Arline testified as a government witness in *United States v. Kelly*, 19 Cr. 286 (AMD).  A presentence investigation has yet to be ordered.

The parties have discussed the scheduling of Mr. Arline's sentencing and request that the Court schedule his sentencing for a date in early March 2022, and that the Court order a presentence investigation be conducted.

Respectfully submitted,

    /s/

César de Castro


cc:    Elizabeth Geddes
        Assistant United States Attorney (*via* ECF)